UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Nasir 'Abd al-Baqi,

Petitioner,

vs. ORDER

Richard L. Stiff,
Warden,

Respondent. Civ. No. 00-1449(JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of March, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon a Petitioner's Motion Pursuant to Rule 25(d)(1), Federal Rules of Civil Procedure. The Petitioner has appeared pro se, and the Respondent has not appeared to oppose this Motion.

The Petitioner has brought a Motion, under Rule 25(d)(1), to change the name of the case caption. According to the Petitioner, after the filing of the instant Petition, which named Richard L. Stiff, who was then the Warden of the Federal Correctional Institution in Waseca, Minnesota ("FCI-Waseca"), as Respondent, a new Warden was appointed for FCI-Waseca. Therefore, the Petitioner

FILED MAR 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

19

has requested that the case caption be corrected to name Rob Mundt, who is the new Warden at FCI-Waseca, as Respondent. Pursuant to the provisions of Rule 25(d)(1), Federal Rules of Civil Procedure, he will be substituted as the Respondent in this action.

NOW, THEREFORE, It is --

ORDERED:

That the Petitioner's Motion, pursuant to Rule 25(d)(1) [Docket No. 7], be GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE